UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:13-CR-137-TAV-DCP-1 |
| MAURICIO ZUNIGA, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This criminal case is before the Court on the government's Motion to Dismiss Indictment [Doc. 401]. Pursuant to Federal Rule of Criminal Procedure 48(a), the government moves the Court to enter an order dismissing the indictment against the defendant without prejudice. In support, the government states that it believes the defendant has left the United States.

Having reviewed the government's motion and Rule 48, the Court hereby **GRANTS** the government's motion [Doc. 401] and **DISMISSES WITHOUT PREJUDICE** the indictment in this case against the defendant.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE